120 P.3d 276

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Sheehan v. Grove Farm Co., Inc. .. | 25811, 26030 | 09/14/2005 Denied | —— Hawai'i ——, —— P.3d —— |